# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    CASE NO. 6:26-cr-10082-JWB

VINCENT MICHAEL KNACKSTEDT,

Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**THEFT OF GOVERNMENT PROPERTY**
**[18 U.S.C. § 641]**

On or about April 20, 2026, in the District of Kansas, the defendant,

**VINCENT MICHAEL KNACKSTEDT,**

willfully and knowingly did steal and purloin two Harris PRC-152 military radios, two

Garmin GPS and one battery charger, one Harris battery charger, two long Harris radio

antennas, two short Harris radio antennas, two head lamps, a multitool, five Harris PRC-

152 batteries, a Kestrel 5500 weather meter, a Bren-Tronics Flex charger 2 panel, of a value exceeding $1,000, of the goods and property of the United States.

In violation of Title 18, United States Code, Section 641.

## COUNT 2

### PROHIBITED PERSON IN POSSESSION OF A FIREARM
### [18 U.S.C. § 922(g)]

On or about April 20, 2026, in the District of Kansas, the defendant,

### VINCENT MICHAEL KNACKSTEDT,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, that is, a Canik, Model Mete MC9 Prime, 9 x 19 caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense set forth in Count 2 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

A.    a Canik, Model Mete MC9 Prime, 9 x 19 caliber pistol, and

B.    ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United

States Code, Section 2461(c).


A TRUE BILL.


May 19, 2026                                    s/Foreperson

DATE                                            FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Debra L. Barnett

DEBRA L. BARNETT
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: debra.barnett@usdoj.gov
Ks. S. Ct. No. 12729


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1:  Theft of Government Property**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 641.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 2: Felon in Possession of a Firearm**

Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.